# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:16-cv-00355

| | |
|---|---|
| SHANE MATHIS, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>LENDMARK FINANCIAL SERVICES, LLC,<br><br>                        Defendant. | **NOTICE OF REMOVAL**<br>**28 U.S.C. § 1441(a)** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Lendmark Financial Services, LLC gives notice of removal of the above-captioned action from the Onslow County Superior Court to this Court.

As grounds for removal, Lendmark states the following:

1. On September 1, 2016, Plaintiff Shane Mathis commenced this action by filing a complaint against Lendmark in the Onslow County Superior Court. The complaint was assigned file number 16 CVS 3367 and is styled *Shane Mathis, individually and on behalf of all others similarly situated v. Lendmark Financial Services, LLC*. A true and accurate copy of the summons and complaint is attached as Exhibit A. To date, the summons and complaint are the only pleadings filed in the case.

2. Plaintiff served Lendmark on September 19, 2016.

3. The time to remove this action has not expired. This notice of removal is being filed within thirty days of Lendmark's receipt of a copy of Plaintiff's complaint, as required by 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of this notice of removal will be filed with the Onslow County Superior Court and served on Plaintiff. A copy of the state-court Notice of Filing of Defendant's Notice of Removal, prior to filing and service, is attached as Exhibit B.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action. Plaintiff's sole cause of action is premised on alleged violations of the Servicemembers Civil Relief Act, 50 U.S.C. §§ 3901, *et seq.* ("the SCRA"). Plaintiff's action, therefore, is removable to this Court under 28 U.S.C. § 1441(a).

6. Removal to this Court's Southern Division is proper under 28 U.S.C. § 1441(a), because the Complaint was filed in Onslow County, North Carolina, which is within this Court's Southern Division.

WHEREFORE, Lendmark requests that this action be removed to this Court and placed on this Court's docket for further proceedings.

Respectfully submitted the 18th day of October, 2016.

                                        **POYNER SPRUILL LLP**

                          By:   s/ Andrew H. Erteschik
                                 James S. Livermon, III
                                 NC State Bar No. 26492
                                 Andrew H. Erteschik
                                 N.C. State Bar No. 35269
                                 Richard A. Prosser
                                 N.C. State Bar No. 38443
                                 P.O. Box 1801
                                 Raleigh, NC  27602-1801
                                 Telephone: 919.783.6400
                                 Facsimile:  919.783.1075
                                 aerteschik@poynerspruill.com
                                 clivermon@poynerspruill.com
                                 rprosser@poynerspruill.com

                                 John M. Durnovich
                                 N.C. State Bar No. 47715
                                 301 S. College St., Suite 2300
                                 Charlotte, NC 28202
                                 Telephone: 704.342.5250
                                 Facsimile: 704.342.5264
                                 jdurnovich@poynerspruill.com

                                 **COUNSEL FOR DEFENDANT**
                                 **LENDMARK FINANCIAL**
                                 **SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record, and that I have this day served a copy of the foregoing upon all parties by depositing a copy of the same in the United States mail, postage prepaid, addressed to the following:

>J. Matthew Norris
>NORRIS LAW FIRM, PLLC
>P.O. Box 1318
>Wake Forest, NC  27588
>
>John D. Hafeman
>MILITARY JUSTICE ATTORNEYS PLLC
>219 Scott Street
>Beaufort, SC  29902
>
>John Roddy
>Elizabeth Ryan
>Benjamin Lajoie
>BAILEY GLASSER LLP
>99 High Street, Suite 304
>Boston, MA  02110
>
>R. Paul Hart
>Jeremy S. McKenzie
>KARSMAN, MCKENZIE & HART
>21 W. Park Ave.
>Savannah, GA  31401
>
>*Counsel for Plaintiff*

This the 18th day of October, 2016.

>s/ Andrew H. Erteschik
>Andrew H. Erteschik