UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-cv-00355-FL

SHANE MATHIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENDMARK FINANCIAL SERVICES, LLC,

Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**

The Court considered this matter on Defendant Lendmark Financial Services, LLC's motion to stay all discovery-related obligations [Doc. 18] until after the Court resolves Lendmark's pending motion to dismiss. [Doc. 16].

The Court, in its discretion, finds that Lendmark has shown good cause for the motion to stay discovery.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that all discovery-related obligations are stayed until after the Court resolves Lendmark's pending motion to dismiss.

After a decision on Lendmark's motion to dismiss, should the case remain, the Court will lift the stay and establish new case deadlines, including deadlines for conducting discovery and dispositive motions.

This the 1st day of December, 2016.

_____
The Honorable Louise W. Flanagan
United States District Judge